# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CESSANKHA JAHISH ISRAEL**
**ADC #127315A**                                                                                         **PLAINTIFF**

**V.**                              **CASE NO. 2:20-CV-193-JM-BD**

**PAUL HARRIS**, *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE